

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-4648

Writer's e-mail
gmerrill@seyfarth.com

December 17, 2018

**VIA ECF**

Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *EEOC v. Aaron's Inc.*, No.: 17-CV-7273-WFK-SMG

Dear Judge Gold:

This firm is counsel for the Defendant in the above-referenced action. Along with counsel for the EEOC and Intervenor-Plaintiff, we jointly write to advise the Court regarding the status of this matter.

While progress toward settlement has been made, the parties have not reached resolution and would like to continue settlement discussions. To allow the parties to do so, we request up to and including January 18, 2019, at which time the parties will submit a status report to advise the Court whether settlement has been reached.

We thank the Court for its time and attention.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Gina Merrill*

Gina Merrill

cc:   Counsel of Record (via ECF)

51966184v.1