IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>AARON'S, INC.,<br><br>**Defendant.** | CIVIL ACTION NO. 17-cv-07273 |

**JOINT MOTION TO APPROVE CONSENT DECREE**

Having engaged in comprehensive settlement negotiations, and having agreed that the above-captioned action should be resolved by entry of the proposed consent decree attached to this motion, for the reasons stated therein, Plaintiff United Stated Equal Employment Opportunity Commission, Plaintiff-Intervenor James Gravely, and Defendant Aaron's, Inc. jointly move that this Court enter the attached Consent Decree.

WHEREFORE, the parties jointly request that the Court grant the motion.

Respectfully Submitted,

Dated: May 31, 2019

/s/Sebastian Riccardi
Sebastian Riccardi, Trial Attorney
Justin Mulaire, Supervisory Trial Attorney
Jeffrey Burstein, Regional Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Attorney for Plaintiff
33 Whitehall St. Fl. 5
New York, NY 10004
Tel: (212) 336-3698
Fax: (212) 336-3623
Sebastian.Riccardi@eeoc.gov
Justin.Mulaire@eeoc.gov
Jeffrey.Burstein@eeoc.gov

Katie Linehan, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Attorney for Plaintiff
Boston Area Office
John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA  02203
Tel:  617.565.2141
Katie.Linehan@eeoc.gov

Marijana Matura
Shulman Kessler LLP
Attorney for Plaintiff-Intervenor
584 Broadhollow Road, Suite 275
Melville, NY 11747

        Tel: (631) 499-9100
        mmatura@shulmankessler.com

        Gina Merrill
        Anshel Joel Kaplan
        Seyfarth Shaw LLP
        Attorneys for Defendant
        620 Eighth Avenue
        New York, NY 10018
        Tel: (212) 218-4648
        Gmerrill@seyfarth.com
        Akaplan@seyfarth.com