UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
U.S. EQUAL EMPLOYMENT : No. 17 Civ. 7273 (WFK)(SMG)
OPPORTUNITY COMMISSION, :
:
           Plaintiff, : **STIPULATION OF DISMISSAL**
: **WITH PREJUDICE**
JAMES GRAVELY, :
:
           Plaintiff-Intervenor, :
:
  -against- :
:
AARONS, INC., :
           Defendant. :
-------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for James Gravely and Aarons, Inc. respectively, that the Complaint-In-Intervention is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2), with all parties to bear their own costs.

Dated: New York, New York
       June 17, 2019

SHULMAN KESSLER LLP

By: _____
       Marijana Matura

534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
Attorneys for Plaintiff-Intervenor

SEYFARTH SHAW LLP

By: _____
       Gina R. Merrill
       Anshel Joel Kaplan

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
Attorneys for Defendant Aaron's, Inc.

SO ORDERED:

_____
       U.S.D.J.

56951566v.1