FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 18 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
U.S. EQUAL EMPLOYMENT                   :   No. 17 Civ. 7273 (WFK)(SMG)
OPPORTUNITY COMMISSION,                 :
                                        :
                Plaintiff,              :   **STIPULATION OF DISMISSAL**
                                        :   **WITH PREJUDICE**
JAMES GRAVELY,                          :
                                        :
                Plaintiff-Intervenor,   :
                                        :
        -against-                       :
                                        :
AARONS, INC.,                           :
                Defendant.              :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for James Gravely and Aarons, Inc. respectively, that the Complaint-In-Intervention is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2), with all parties to bear their own costs.

Dated: New York, New York
       June 17, 2019

SHULMAN KESSLER LLP                        SEYFARTH SHAW LLP

By: _____                By: _____
        Marijana Matura                            Gina R. Merrill
                                                   Anshel Joel Kaplan
534 Broadhollow Road, Suite 275            620 Eighth Avenue
Melville, New York 11747                   New York, New York 10018
(631) 499-9100                             (212) 218-5500
Attorneys for Plaintiff-Intervenor         Attorneys for Defendant Aaron's, Inc.


SO ORDERED:
            s/WFK
       _____
            U.S.D.J.

56951566v.1